**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bruce M Kern | Social Security number or ITIN  xxx–xx–7233 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marcia G. Kern | Social Security number or ITIN  xxx–xx–6201 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–37723–JKS | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bruce M Kern                                Marcia G. Kern

10/3/18                                     **By the court:** John K. Sherwood
                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-37723-JKS
Bruce M Kern                                                              Chapter 13
Marcia G. Kern
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2              Date Rcvd: Oct 03, 2018
                                Form ID: 3180W              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db/jdb         +Bruce M Kern,    Marcia G. Kern,    28 Nimitz Road,    Wayne, NJ 07470-3716
514624375      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514437903      +Law Offices Of Charles A. Gruen,    381 Broadway, Ste 300,    Westwood, NJ 07675-2239
514437905      +North Jersey Country Club,    594 Hamburg Tpk,    Wayne, NJ 07470-2091
514485284      +Sallie Mae Inc. on behalf of GLHEC,    2401 International Lane,    Madison, WI 53704-3121
514437907      +Specialized Loan Servicing,    8742 Lucent Blvd., Ste 300,    Highlands Ranch, CO 80129-2386
514746356      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516299192       U.S. BANK N.A., AS TRUSTEE, et.al.,    America's Servicing Company,
                 DEFAULT DOCUMENTS PROCESSING,    N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN MN 55121-7700
517582640      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514768346      +U.S. Bank National Association, as Trustee,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514437909      +William Pollinger, Esq.,    302 Union Street,    Hackensack, NJ 07601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Oct 04 2018 03:48:00      BMW Financial Services, NA, LLC,
                 c/o Ascension Capital Group, Inc.,    PO Box 201347,    Arlington, TX 76006-1347
514437897      +EDI: WFFC.COM Oct 04 2018 03:48:00      America's Servicing Company,    Po Box 10328,
                 Des Moines, IA 50306-0328
514538105       EDI: BMW.COM Oct 04 2018 03:49:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
517691748      +EDI: AISACG.COM Oct 04 2018 03:48:00      BMW Financial Services NA LLC,
                 4515 N Santa Fe Ave., Det APS,    Oklahoma City OK 73118-7901
514446428      +EDI: BMW.COM Oct 04 2018 03:49:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
514437898      +EDI: TSYS2.COM Oct 04 2018 03:48:00      Bloomingdales,    PO Box 8218,    Mason, OH 45040-8218
514437899      +EDI: CAPITALONE.COM Oct 04 2018 03:49:00      Capital One Bank,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
514564803       EDI: CAPITALONE.COM Oct 04 2018 03:49:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514437900      +EDI: CHASE.COM Oct 04 2018 03:48:00      Chase,    Cardmember Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
514457111      +EDI: TSYS2.COM Oct 04 2018 03:48:00      Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515588701       EDI: ECMC.COM Oct 04 2018 03:48:00      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
515588702       EDI: ECMC.COM Oct 04 2018 03:48:00      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408,    ECMC,
                 PO BOX 16408,    ST. PAUL MN 55116-0408
514437901      +EDI: IRS.COM Oct 04 2018 03:49:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
514437902       EDI: TSYS2.COM Oct 04 2018 03:48:00      Juniper Card Services,    PO Box 8801,
                 Wilmington, DE  19899-8801
514437904      +EDI: TSYS2.COM Oct 04 2018 03:48:00      Macys,    Po Box 8097,    Mason, OH 45040-8097
514729193       EDI: PRA.COM Oct 04 2018 03:48:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
514729103       EDI: PRA.COM Oct 04 2018 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514437906      +EDI: NAVIENTFKASMSERV.COM Oct 04 2018 03:48:00      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516355832       EDI: BL-TOYOTA.COM Oct 04 2018 03:48:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
514437908      +EDI: WFFC.COM Oct 04 2018 03:48:00      Wells Fargo Home Mortgage,    Po Box 10335,
                 Des Moines, IA 50306-0335
514437910      +E-mail/Text: collect@williamsalexander.com Oct 04 2018 00:28:05      Williams Alexander Assoc,
                 1479 State Route 23,    Wayne, NJ 07470-7507
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee for Cre
cr*            +Toyota Motor Credit Corp.,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                            TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin              Page 2 of 2                Date Rcvd: Oct 03, 2018
                                  Form ID: 3180W           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

```
          Andrew L. Spivack   on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series
           2004-3 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS
           Series 2005-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James A Kridel, Jr    on behalf of Joint Debtor Marcia G. Kern ,  g17741@notify.cincompass.com
          James A Kridel, Jr    on behalf of Debtor Bruce M Kern ,  g17741@notify.cincompass.com
          James A. Kridel    on behalf of Joint Debtor Marcia G. Kern law@kridel.com,
           G17741@notify.cincompass.com
          James A. Kridel    on behalf of Debtor Bruce M Kern law@kridel.com,  G17741@notify.cincompass.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS
           Series 2005-11 rsolarz@kmllawgroup.com
                                                                                             TOTAL: 8
```